IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 03-271 |
| ) | |
| vs. ) | |
| ) | |
| RAYMOND SANDOVAL, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that the defendant be detained prior to trial, and as grounds therefore states:

That the defendant is a danger to the community and poses a substantial risk of non-appearance.

Respectfully submitted,

DAVID C. IGLESIAS
United States Attorney

MILES HANISEE
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

